MC-07-005-CI

STATE OF WISCONSIN     CIRCUIT COURT     DANE COUNTY
BRANCH 13

---

STATE OF WISCONSIN HIGHER
EDUCATIONAL AIDS BOARD,

             Plaintiff,

v.                              Case No. 91-CV-

ALEX B. NAJERA,

             Defendant.

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUN 19 2007
JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

State of Wisconsin
County of Dane
This document is a full, true and
Correct copy of the original on file
and of record in my office and has
been compared by me.
Attest 5-20, 19 91
JUDITH A. COLEMAN
Clerk of Courts
By _____
Deputy Clerk

JUDGMENT

---

     Pursuant to the order for judgment rendered by the circuit court in this action, judgment is hereby entered for the plaintiff and against the defendant in the sum of $70,845.59, as damages; and in the sum of $1,425.02, as prejudgment interest for a total judgment of $72,270.61. Postjudgment interest shall be collected at the rate of 12% per year on the amount recovered from the date of entry of the judgment until paid as provided by sec. 815.05(8), Stats.

     The name of the plaintiff is the State of Wisconsin Higher Educational Aids Board. The plaintiff's address is 131 West Wilson Street, Madison, Wisconsin 53703. The name of the defendant is Alex B. Najera.

     Dated this 17th day of May, 1991.

                                    Judith Coleman, Clerk
                                    By Shirley Macaulay
                                    Deputy Clerk
                                    Dane County, Wisconsin

defjudgt

STATE OF WISCONSIN        CIRCUIT COURT        DANE COUNTY
                                  BRANCH 13

---

STATE OF WISCONSIN HIGHER
EDUCATIONAL AIDS BOARD,

        Plaintiff,

v.                                            Case No. 91-CV-1000

ALEX B. NAJERA,

        Defendant.

---

## ASSIGNMENT OF JUDGMENT

---

        The plaintiff, the State of Wisconsin Higher Educational Aids Board (WHEAB), recovered a judgment in the circuit court for Dane County, Wisconsin, on May 17, 1991, against Alex B. Najera for the sum of $72,270.61, on which there remains unpaid $72,270.61, and postjudgment interest at the rate of 12% per year (as provided for in sec. 815.05(8), Stats.) from May 17, 1991;

        In consideration of the sum of $72,270.61 and postjudgment interest at the rate of 12% per year, to be paid to WHEAB by the United States Department of Health and Human Services;

        1.    I, Edward A. Oakey, administrative assistant for WHEAB, do hereby assign the judgment to the United States Department of Health and Human Services.

        2.    And I covenant that there is now due on the judgment the sum with interest as stated above; and that WHEAB will not collect

JUL -2 1991

or receive the judgment or any part thereof nor release or discharge the judgment.

In witness whereof I have signed this instrument on May 24, 1991.

*Edward A. Oakey*
EDWARD A. OAKEY

Signed in the presence of:

*Sandra K Muenchow*
Witness

*Diane Jacob*
Witness

STATE OF WISCONSIN ) 
                   ) ss.
COUNTY OF DANE     )

The above named Edward A. Oakey personally came before me this 24th day of May, 1991, and is known by me to be the person who executed and acknowledged the above instrument.

*Virginia A. Nelson*
Notary Public
State of Wisconsin

My commission expires: 1-15-95

[Notary Seal: STATE OF WISCONSIN, VIRGINIA A. NELSON, NOTARY PUBLIC]